```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION
```

| | | |
|---|---|---|
| HILLARD DAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11-cv-114-RLY-WGH |
| | ) | |
| BRIDGEWAY-LIBAHUANG | ) | |
| BICYCLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, for a show cause hearing set at 8:30 a.m, on July 2, 2012. Plaintiff failed to appear at the hearing, either in person or by counsel.

The Magistrate Judge finds as follows:

1. Plaintiff filed this Complaint against Defendant, Bridgeway-Libahuang Bicycle Company, on September 13, 2011. The Defendant is a Chinese company.

2. There has been no service of process on the Defendant of record in this case.

3. The Magistrate Judge conducted status conferences to deal with the service of process issue on February 7, 2012, and May 2, 2012.

The Magistrate Judge recognizes the difficulty of effectuating service of process in a foreign country. However, because this matter has now been pending for nearly ten months, and because the Plaintiff did not appear at the hearing and show cause why service of process has not been effectuated, the Magistrate Judge **RECOMMENDS** that this matter be dismissed, without prejudice.

    **SO RECOMMENDED.**

**Dated:** July 9, 2012

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copy to:**

Mark David Geheb
LAW OFFICE OF JOE D. BLACK
mgeheb@sbcglobal.net