UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| HILLARD DAWSON,<br>    Plaintiff,<br><br>    vs.<br><br>BRIDGEWAY-LIBAHUANG BICYCLE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)   3:11-cv-114-RLY-WGH<br>)<br>)<br>)<br>)<br>) |

**ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On July 9, 2012, the Magistrate Judge issued his Report and Recommendation dismissing the present case without prejudice.  Having reviewed the Report and Recommendation and noting that the Plaintiff did not file an objection, the court hereby **ACCEPTS** the Magistrate Judge's Report and Recommendation.  The Clerk is directed to close this case.

**SO ORDERED** this  17th   day of September 2012.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record